UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61480-CIV-SMITH

MICHAEL JANIAK,

       Plaintiff,

v.

WOLF'S STEAKHOUSE, INC.

       Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 4]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims are **DISMISSED without prejudice.**

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of September 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record